FILED
CLERK, U.S. DISTRICT COURT

Jan 22, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PATRICK BROWN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARTINSON COLLEGE, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-06136-SVW-SH<br>Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Date Filed: June 24, 2014<br>Date Removed: August 5, 2014<br><br>JS-6 |

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties, finds that this action shall be dismissed with prejudice. Each party is to bear its own fees and costs.

Dated: January 22, 2015

_____
The Honorable Stephen V. Wilson
United States District Court Judge